# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHAN D. PRATHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-12-1008-R |
| | ) |
| MIDWEST CITY REGIONAL HOSPITAL, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff, a state prisoner appearing *pro se*, filed this action pursuant to 42 U.S.C. § 1983, alleging violation of his constitutional rights. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Bana Roberts for preliminary review. On October 19, 2012, Judge Roberts recommended that the matter be dismissed without prejudice. No objection to the Report and Recommendation has been filed nor has Plaintiff sought an extension of time within which to object. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED and Plaintiff's Complaint is dismissed without prejudice.

IT IS SO ORDERED this 13th day of November, 2012.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE